AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JORDAN KENNETH STOTTS

)
)
)
)
)
)

Case: 1:21-mj-00314
Assigned To : Meriweather, Robin M.
Assign. Date : 3/16/2021
Description: Complaint w/ Arrest Warrant

_____
Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JORDAN KENNETH STOTTS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    03/16/2021

_____
*Issuing officer's signature*

City and state:      Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 3/16/2021, and the person was arrested on *(date)* 3/19/2021
at *(city and state)* Bemidji, MN.

Date: 3/19/2021

_____
*Arresting officer's signature*

SA Christopher S. Dudley
*Printed name and title*