# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-272 (TJK) |
| | : | |
| JORDAN KENNETH STOTTS, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Mr. Stotts, through undersigned counsel, moves this Court for a continuance of the above- captioned proceeding, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

The parties have reached an agreement to enter a guilty plea, but the paperwork has not yet been signed to be provided to the Court.  The parties request that the status hearing scheduled for July 14 be continued to allow the defense time to complete the execution of the paperwork to provide to the Court.  The government has no objection to this request.  The parties are available for a plea hearing on July 22 at 2 p.m. if that date and time is convenient for the Court.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500