# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-00272 (TJK)** |
| **v.** : | |
| : | |
| **JORDAN KENNETH STOTTS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF VIDEO EXHIBIT

The United States of America hereby provides notice that it submitted the following video exhibit to the Government's Sentencing Memorandum, ECF 24, by email to Chambers in the abov-captioned matter.

- Exhibit 1 – January 6 body-worn camera video of Stotts inside the Capitol Rotunda

Dated: October 27, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____
CHRISTOPHER D. AMORE
Assistant United States Attorney
Capitol Riots Detailee
NY Bar No. 5032883
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Office: (973) 645-2757
Christopher.Amore@usdoj.gov

1