**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-CR-272 (TJK)** |
| **v.** | **:** | |
| | **:** | |
| **JORDAN KENNETH STOTTS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF FILING PURSUANT TO LCrR 49**

In response to the Application for Access to Video Exhibit by the Press Coalition (ECF No. 38), and pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the Government hereby gives notice that it has no objection to the public release of the video exhibit previously provided to the Court and as listed in a previous Notice of Filing (ECF No. 25).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:

CHRISTOPHER D. AMORE
Assistant U.S. Attorney
NY Bar No. 5032883
970 Broad Street, Suite 700
Newark, NJ 07928
Christopher.Amore@usdoj.gov
(973) 645-2757